**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 16–05048–jw

Chapter: 13

**In re:**

Jonathan Morgan Presley
aka Jonathan M. Presley

| Entered By The Court 10/18/16 | **ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENTS, PLAN AND DOCUMENTS** | **Filed By The Court** 10/18/16 Laura A. Austin Clerk of Court US Bankruptcy Court |
|---|---|---|

Before the Court is the motion of the debtor(s) for an extension of time in which to file the schedules, statements, plan or other specified documents set forth in 11 U.S.C. § 521(a)(1) in the above referenced case.

**IT IS ORDERED** that the motion is granted and the debtor(s) is/are granted an extension of time until **the earlier of** –

1. two (2) business days before the first date set for the § 341 Meeting of Creditors;

2. five (5) business days before any hearing on a motion to extend or impose the automatic stay; **OR**

3. 10/27/2016

in which to file the schedules, statements, and documents (and in a chapter 13 case, the plan) set forth in 11 U.S.C. § 521(a)(1) as requested in the motion. Failure to file these documents by the extension deadline, as indicated by the Clerk of Court or Trustee assigned to the case, will result in the dismissal of this case.

*/s/ John E. Waites*

United States Bankruptcy Judge